# EXHIBIT A

1/6/23, 5:35 PM

Find Affordable Health Insurance Plans | Get Me Healthcare | 866-611-0519



    



1/5










The Marketplace Circle of Champions, an annual recognition program for Marketplace-registered agents and brokers. Agents and brokers are huge contributors to the Marketplace and important partners for the Centers for Medicare & Medicaid Service (CMS). CMS recognizes the hard work, expertise, and service of our agents.

**LEARN MORE**

Talk to a Licensed Agent Today to Get Your Free Health Insurance Quote

 **866-611-0519**

| | | |
|---|---|---|
| Home | Bridge Plans | f Facebook |
| About | Fixed Indemnity | Twitter |
| Client Resources | Dental Plans | Instagram |
| Privacy Policy | Life Insurance | in LinkedIn |
| Terms and Conditions | Medicare Supplement | |
| Careers | | |

### LICENSING INFO

Invitations for application for insurance on getmehealthcare.com are made through Tobias & Associates INC only where licensed and appointed. License numbers are available upon request and are automatically provided where required by law. State license numbers are available upon request by emailing csr@getmehealthcare.com

Disclaimer: This information is descriptive only. All products may not be available in all jurisdictions. Coverage is subject to the language of the policies as issued.

Name of Licensee: Tobias & Associates INC DBA getmehealthcare
NPN: 13059166
Agent In Charge Name: William Cox
Agent In Charge NPN: 8382631



Get Me Healthcare
123 NW 13th St Suite 101, Boca Raton FL 33432

© 2019 Get Me Healthcare. All Rights Reserved.