THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOSHUA CACHO, | § |
| Plaintiff, | § |
| v. | § |
| TOBIAS & ASSOCIATES, INC., | § 6:23-CV-00152-CEM-LHP |
| Defendant. | § |

## PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

The Plaintiff and Defendant TOBIAS & ASSOCIATES, INC., respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Plaintiff and the Defendant are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines for Defendant TOBIAS & ASSOCIATES, INC., related to the above-captioned matter and allow 21 days to submit the Stipulated Dismissal.

February 14, 2023,            Respectfully submitted,

*Josh Cacho*

Joshua Cacho
Plaintiff, Pro Se
164 Estella Road
Lake Mary, Florida 32746
407-577-3881
jcacho1848@gmail.com

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOSHUA CACHO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| TOBIAS & ASSOCIATES, INC., § | 6:23-CV-00152-CEM-LHP |
| § | |
| Defendant. § | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Notice of Settlement, it is this, _____ day of _____, 2023,

**ORDERED** that Plaintiff's Notice of Settlement be and is hereby **GRANTED;**

**SO ORDERED**

_____

**United States District Judge**

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOSHUA CACHO, | § |
| Plaintiff, | § |
| v. | § |
| TOBIAS & ASSOCIATES, INC., | § 6:23-CV-00152-CEM-LHP |
| Defendant. | § |

### CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S NOTICE OF SETTLEMENT** to be served via electronic mail to Defendant.

Dated February 14, 2023,                    Respectfully Submitted,

*Josh Cacho*

Joshua Cacho
Plaintiff, Pro Se
164 Estella Road
Lake Mary, Florida 32746
407-577-3881
jcacho1848@gmail.com