IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOSHUA CACHO, | § |
| Plaintiff, | § |
| v. | § |
| TOBIAS & ASSOCIATES, INC., | § 6:23-CV-00152-CEM-LHP |
| Defendant. | § |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendant TOBIAS & ASSOCIATES, INC., have resolved their case. Plaintiff hereby requests the Court dismiss the case against Defendant TOBIAS & ASSOCIATES, INC., with prejudice.

Dated March 01, 2023,

Respectfully submitted,

*Josh Cacho*

Joshua Cacho
Plaintiff, Pro Se
164 Estella Road
Lake Mary, Florida 32746
407-577-3881
jcacho1848@gmail.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOSHUA CACHO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TOBIAS & ASSOCIATES, INC.,<br><br><br><br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§　　6:23-CV-00152-CEM-LHP<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Dismiss with Prejudice, it is this, _____ day of _____, 2023,

**ORDERED** that Plaintiff's Motion to Dismiss with Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **JOSHUA CACHO,** | § § § § § |
| Plaintiff, | § |
| v. | § § § |
| **TOBIAS & ASSOCIATES, INC.,** | §   6:23-CV-00152-CEM-LHP § § § § § § § |
| Defendant. | § § |

## CERTIFICATE OF SERVICE

I hereby certify that on March 01, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated March 01, 2023,                                    Respectfully Submitted,

*Josh Cacho*

Joshua Cacho
Plaintiff, Pro Se
164 Estella Road
Lake Mary, Florida 32746
407-577-3881
jcacho1848@gmail.com